IN THE UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF OREGON

YANCEY DANSBY,
                                        Civ. No. 09-172-CL
          Plaintiff,

     v.                                 **ORDER**

D.A. LORRI FELLOWS and
JUDGE JULIE FRANZ,

          Defendants.

**PANNER, District Judge**:

     Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court.  See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).  Plaintiff has filed a response, which I will treat as an objection.  I have reviewed the file of this case de novo.  28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

     I find no error in the Report and Recommendation.  Plaintiff cannot state a civil rights claim against the assistant district

1 - ORDER

attorney who prosecuted him, or against the state court judge who sentenced him.

In his response to the Report and Recommendation, plaintiff asks this court to "take a second look at my sentence and allow it to be modified." As Magistrate Judge Clarke notes, habeas corpus is the exclusive remedy for a state prisoner seeking to challenge the fact or duration of confinement.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#5) is adopted. This action is dismissed with prejudice for failure to state a claim. Dismissal is without prejudice to plaintiff's right to seek habeas corpus relief.

IT IS SO ORDERED.

DATED this _____ day of April, 2009.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER